COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 

 


 
 
  
 DEER CREEK LAKE OWNERS’ CORPORATION,
  
                             Appellant,
  
 v.
  
  
 CHARLES J. HAIRSTON, JR.,
  
                            
 Appellee.
 
 
 §
  
 §
  
 §
  
 §
  
 §
  
 § 
  
 
 
  
 No. 08-12-00040-CV
  
 Appeal from the
  
 43rd
 District Court
  
 of Parker
 County, Texas 
  
 (TC# CV12-0033) 
  
 
 


 

MEMORANDUM
 OPINION

Appellant, Deer
Creek Lake Owners’ Corporation, has moved to dismiss its appeal against
Appellee, Charles J. Hairston, Jr.  As
permitted by the Rules of Appellate Procedure, this Court may dismiss an appeal
“[i]n accordance with a motion of appellant . . . unless [dismissing the
appeal] would prevent a party from seeking relief to which it would otherwise
be entitled.”  Tex.R.App.P. 42.1(a)(1). 
The motion to dismiss has been on file with this Court more than ten
days, and indicates it has been served upon Appellee, through his counsel of
record.  This Court has received no
response from Appellee agreeing to or opposing the dismissal of the appeal.  No opposing party is seeking relief from the
Court at this time.  Concluding that the
requirements of Rule 42.1(a)(1) have been met, we grant the motion and dismiss
the appeal.  Because there is no
agreement between the parties as to costs, we assess costs against Appellant.  See Tex.R.App.P. 42.1(d)(absent agreement
of the parties, the court will tax costs against the appellant).

 

 

May 23, 2012

                                                                                    CHRISTOPHER
ANTCLIFF, Justice

 

Before McClure, C.J., Rivera, and Antcliff, JJ.